RECEIVED
NOV 15 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-CR-00179 |
| VERSUS | JUDGE DRELL |
| ANTHONY MEAUX | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Suppress [Rec. Doc. 25] is DENIED, consistent with the report and recommendation.

Alexandria, Louisiana, this 14 day of November, 2017.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE