RECEIVED
SEP 1 4 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:17-CR-00179-01** |
| **VERSUS** | **JUDGE DRELL** |
| **ANTHONY JOSEPH MEAUX (01)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections (Rec. Doc. 64), this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 68) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Anthony Joseph Meaux, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count Two of the indictment, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, on this 13th day of September, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE